# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:15-CR-00121-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ALEXIS VILLALTA MORALES, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Employ Litigation Assistance" (document #432) filed September 21, 2015, seeking the appointment a law student to assist counsel in this matter.

Pursuant to 18 U.S.C. §3006(A)(e), the Court shall authorize counsel to obtain investigative, expert, or other services whenever it is determined that such services are necessary for adequate representation and that the person is financially unable to obtain them.

For the reasons set forth in the Motion, the Court finds such services are necessary for adequate representation and that Defendant is financially unable to obtain them. Therefore, the Motion is **GRANTED**.

**SO ORDERED**.

Signed: September 21, 2015

David S. Cayer
United States Magistrate Judge